IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH ZLOZA,

    Plaintiff,

v.

CARL A. NELSON AND COMPANY,

    Defendants.

ORDER

Case No. 23-cv-58-wmc

---

JOSEPH ZLOZA,

    Plaintiff,

v.

NEW LISBON POLICE DEPARTMENT et al.,

    Defendants.

ORDER

Case No. 23-cv-59-wmc

---

Plaintiff Joseph Zloza has submitted an amended affidavit of indigency as directed by the court on January 30, 2023. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

    IT IS ORDERED that:

    1.    Plaintiff Joseph Zloza's petition for leave to proceed without prepayment of fees is GRANTED.

    2.    No further action will be taken in either of the cases until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 7th day of February, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge